U S BANKRUPTCY COURT
FILED
NEWARK, NJ

08 JUL 30 AM 9:01

JAMES J. WALDRON

BY: _____
DEPUTY CLERK

Gregory Solovey
67 Whippany Road, 15d-120
Whippany, NJ 079981

July 29, 2008

Clerk, United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

Re:   NJ Affordable Homes, Corp.
      Case No. 05-60442 (DHS)

      Forman v. Solovey
      Adv. Pro. No. 07-2373

Enclosed is a copy of a Consent Order vacating the Default Judgment previously entered by the Bankruptcy Court in the above-referenced case. The original Consent Order has been sent to the Trustee for filing with the Court.

The Consent Order requires that I file my answer to the Trustee's complaint with the Clerk of the Bankrupcy Court. Enclosed is a copy of the answer originally submitted in this matter, on October 26, 2006.

Very truly yours,

Gregory Solovey